LOUIS KIRBY and ANNA KIRBY, Respondents, v. FRANK SCUTT, Appellant. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

WILLIAM J. LOGAN, Respondent, v. THE NEW YORK SUGAR REFINING COMPANY, Appellant.— Order affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

MARGARET MOORE, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

HENRY POULSEN, Appellant, v. W. H. GAHAGAN, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

JESSIE A. PURICK, as Administratrix, etc., Plaintiff, v. PORT JEFFERSON ELECTRIC LIGHT COMPANY, Defendant. HARRY LEE, Receiver, Respondent; BISHOP & LOPER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SILBERMAN DAIRY COMPANY, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES W. MIERS, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements, and writ dismissed. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HALL NORMINGTON, Respondent, v. ALFRED P. RUSSELL, as County Treasurer, etc., and HERBERT S. SISSON, as State Commissioner of Excise, etc., Appellants.— Order affirmed, without costs, on authority of People ex rel. Glick v. Russell (ante, p. 322), decided herewith. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM PRICE, Appellant, v. POLICE DEPARTMENT OF THE CITY OF NEW YORK, Respondent. — Order affirmed. No opinion. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN SORO, Respondent, v. ALFRED P. RUSSELL, as County Treasurer, etc., and HERBERT S. SISSON, as State Commissioner of Excise, etc., Appellants.— Order affirmed, without costs, on authority of People ex rel. Glick v. Russell (ante, p. 322),